IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 07-cv-02662-LTB-CBS

PATRICK LAWLER,

    Plaintiff,

v.

REI, INC., a/k/a RECREATIONAL EQUIPMENT, INC.,

    Defendant.

---

## ORDER OF RECUSAL

---

Magistrate Judge Craig B. Shaffer

    This matter was drawn to me upon the filing of the Notice of Removal on December 20, 2007. Pursuant to the Order of Reference dated December 28, 2007 (doc. # 4), this civil action was referred to the Magistrate Judge to, inter alia, "[h]ear and determine pretrial matters, including discovery and other nondispositive motions . . . ."

    In accordance with 28 U.S.C. § 455(a), a Magistrate Judge shall disqualify himself "in any proceeding in which his impartiality might be reasonably be questioned." In view of the fact that I have a monetary interest in Defendant REI, Inc., a/k/a Recreational Equipment, Inc. and in order to avoid the appearance of impropriety, I hereby recuse myself from this action. The Clerk of Court shall assign another magistrate judge to this case.

DATED at Denver, Colorado, this 4th day of January, 2008.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge